THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA MCGINNIS | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. H-03-3105 |
| vs. | § § | |
| ARCO PIPE LINES CO., | § § | |
| Defendant. | § § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendant. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 26th day of July, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.